# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN CABALLERO MARTINEZ, on behalf himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEMI-TROPIC COOPERATIVE GIN & ALMOND HULLER INC., et al.,<br><br>Defendants. | Case No.: 1:19-cv-01581 NONE JLT<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER<br>(Doc. 26) |

The parties have stipulated to an order to protect confidential information. (Doc. 26) Based upon this stipulation, the Court **ORDERS**:

1. The stipulated protective order is **GRANTED**;
2. The parties are reminded that this protective order does not entitle them to file documents under seal. Instead, they must comply with Local Rule 141.

IT IS SO ORDERED.

Dated: **January 2, 2021**               **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE