1  STAN S. MALLISON (Bar No. 184191)
      StanM@TheMMLawFirm.com
2  HECTOR R. MARTINEZ (Bar No. 206336)
      HectorM@TheMMLawFirm.com
3  JUAN GAMBOA, (Bar No. 327352)
   jgamboa@themmlawfirm.com
4  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
5  Oakland, California 94612-3547
   Telephone: (510) 832-9999
6  Facsimile: (510) 832-1101

7  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA—DISTRICT OF FRESNO**

| | |
|---|---|
| FABIAN CABALLERO MARTINEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEMI-TROPIC COOPERATIVE GIN & ALMOND HULLER INC. and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. 1:19-CV-01581-NONE-JLT<br><br>**~~PROPOSED~~ ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE**<br>**(Doc. 29)** |

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, the Court **ORDERS** the Scheduling Order is amended as follows:

1. The Parties shall disclose their respective expert witnesses in writing no later than April 26, 2021;

2. The Parties shall disclose their rebuttal expert witnesses in writing no later than June 10, 2021;

3. All discovery pertaining to experts shall be completed no later than September 16, 2021;

4. All non-expert discovery related to the motion for class certification shall be completed no later than September 16, 2021;

5. All non-dispositive pre-trial motions, including any discovery motions, shall be filed no later than September 24, 2021 and heard on or before October 25, 2021;

6. The motion for class certification shall be filed no later than June 17, 2021;

7. Any opposition to the motion for class certification shall be filed no later than August 12, 2021;

8. Any reply to the motion for class certification shall be filed no later than September 16, 2021; and

9. The hearing on the motion for class certification is reset for October 8, 2021, at 9:00 a.m. at the United States Courthouse, 510 19th Street, Bakersfield, California.

IT IS SO ORDERED.

Dated:   **March 15, 2021**                    **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE