T. Scott Belden, SBN 184387
scott@bbr.law
Jazmine Flores, SBN 317038
jazmine@bbr.law
BELDEN BLAINE RAYTIS, LLP
5016 California Avenue, Suite 3
Bakersfield, California 93309
Telephone: (661) 864-7826
Facsimile: (661) 878-9797

Attorneys for Defendant
SEMI-TROPIC COOPERATIVE GIN &
ALMOND HULLER INC.

Stan S. Mallison, SBN 184191
stanm@themmlawfirm.com
Hector R. Martinez, SBN 206336
hectorm@themmlawfirm.com
Juan Gamboa, SBN 327352
jgamboa@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff
FABIAN CABALLERO MARTINEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN CABALLERO MARTINEZ, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br><br>   v.<br><br>SEMI-TROPIC COOPERATIVE GIN & ALMOND HULLER INC. and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. 1:19-CV-01581-NONE-JLT<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS, OR IN THE ALTERNATIVE, MODIFY SCHEDULING ORDER DUE TO SETTLEMENT IN PRINCIPLE**<br><br>(Doc. 34) |

///

The Court having considered the *Joint Stipulation to Modify Scheduling Order Due to Settlement in Principle* (the "Stipulation") filed by Plaintiff FABIAN CABALLERO MARTINEZ ("Plaintiff") and Defendant SEMI-TROPIC COOPERATIVE GIN & ALMOND HULLER INC. ("Defendant") (collectively, the "Parties"), finding good cause appearing, now therefore,

IT IS HEREBY ORDERED that:

1. The Stipulation (Doc. 34) is GRANTED;

2. The case is STAYED, effective as of June 2, 2021, subject to the filing of the Parties preliminary and final approval motion.

IT IS SO ORDERED.

Dated: **June 18, 2021**            /s/ Jennifer L. Thurston
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE