**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

FABIAN CABALLERO MARTINEZ, on behalf of himself and all others similarly situated,

Plaintiff,

v.

SEMI-TROPIC COOPERATIVE GIN & ALMOND HULLER, INC. and DOES 1 through 20, inclusive,

Defendants.

Case No.: 1:19-cv-1581 JLT BAK (EPG)

ORDER TERMINATING THE MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT AND DIRECTING THE PARTIES TO FILE AN AMENDED SETTLEMENT AGREEMENT AND RENEWED MOTION FOR PRELIMINARY APPROVAL

Fabian Caballero Martinez asserts Semi-Tropic Cooperative Gin & Almond Huller failed to comply with California's wage and hour laws. Previously, Plaintiff filed a motion for preliminary approval of a class settlement reached in this action, including conditional certification of a settlement class and preliminary approval of the settlement terms. (Doc. 42.)

The Court ordered the parties to file supplemental briefing addressing errors in the proposed settlement agreement and pending motion. (Doc. 44.) On April 25, 2022, the parties filed a joint statement concerning conditional certification of the settlement class, indicating they "are willing to amend the settlement agreement to conform with the applicable federal class certification requirements laid out in Rule 23 and refile Plaintiff's motion for preliminary approval." (Doc. 45 at 2.)

///

Based upon the agreement of the parties, the Court **ORDERS**:

1. The pending motion for preliminary approval of class settlement (Doc. 42) is terminated.

2. The prior schedule for supplemental briefing (Doc. 44) is vacated.

3. The parties **SHALL** file an amended settlement agreement and renewed motion for preliminary approval of the agreement **no later than June 27, 2022**.

4. Consistent with the Court's prior order dated April 5, 2022, Plaintiff is reminded to address the factors identified in Rule 23(e)(2) of the Federal Rules of Civil Procedure in support of the motion for preliminary approval.

IT IS SO ORDERED.

Dated: **April 26, 2022**

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE