1  STAN S. MALLISON (Bar No. 184191)
   Stanm@TheMMLawFirm.com
2  HECTOR R. MARTINEZ (Bar No. 206336)
   Hectorm@TheMMLawFirm.com
3  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
4  Oakland, California 94612-3547
   Telephone: (510) 832-9999
5  Facsimile: (510) 832-1101

6  Attorneys for Plaintiff

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

| FABIAN CABALLERO MARTINEZ, on behalf of himself and all others similarly situated, | Case No.: 1:19-CV-01581-JLT-BAK |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| vs. | **PLAINTIFF'S NOTICE OF MOTION AND AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
| SEMI-TROPIC COOPERATIVE GIN & ALMOND HULLER INC., and DOES 1 through 20, inclusive, | Date: August 1, 2022<br>Time: 9:00 A.M.<br>Judge: Hon. Jennifer L. Thurston<br>Room: 4, 7th Floor |
| Defendants. | Complaint Filed: November 5, 2019 |

-1-

Notice of Motion and Amended Motion for Preliminary Approval

Case No. 1:19-CV-01581-JLT-BAK

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on August 1, 2022, at 9:00 A.M., before the Honorable Jennifer L. Thurston of the United States District Court, Eastern District of California, in courtroom 4, 7th floor, at 2500 Tulare Street, Fresno, California, plaintiff Fabian Caballero Martinez ("Plaintiff") will, and hereby does, move for an Order: (1) granting preliminary approval of class settlement; (2) granting conditional certification of the settlement class; (3) approving and directing distribution of the Class Notice and related materials to the Class; (4) appointing the Class Representative, Class Counsel, and Settlement Administrator; and (5) setting a final approval schedule.

Plaintiff brings this Motion on the grounds that, after arms-length negotiations, the parties have reached a fair, reasonable and adequate settlement that is within the range of final approval. This Motion is based on this Notice and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Stan Mallison, including attached exhibits and the proposed Class Notice, the record on file herein, and any other evidence and oral argument that may be presented at the hearing, and such other matters of which the Court may take judicial notice.

Dated: June 27, 2022                **MALLISON & MARTINEZ**

By:     Stan Mallison
        Hector R. Martinez

        Attorneys for Plaintiffs

-2-

Notice of Motion and Amended Motion for Preliminary Approval                Case No. 1:19-CV-01581-JLT-BAK