# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN CABALLERO MARTINEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SEMI-TROPIC COOPERATIVE GIN & ALMOND HULLER, INC., et al.<br><br>　　　　　　Defendants. | Case No.: 1:19-cv-1581 JLT CDB<br><br>ORDER GRANTING APPROVAL OF THE CLASS NOTICE<br><br>(Doc. 53) |

　　　　On October 29, 2022, Plaintiff submitted a revised notice for the Court's approval.  (Doc. 53.) Review of the class notice indicates it includes the required revisions.  The notice contains information required by Rule 23 of the Federal Rules of Civil Procedure, including: the nature of the action, the settlement class preliminarily certified by the Court, the claims to be resolved, representation by counsel, how a class member may comment or object to the settlement, deadlines for responses, and the binding effect of a class judgment.  For these reasons, the revised Class Notice is **APPROVED**.

IT IS SO ORDERED.

　　Dated: __**October 31, 2022**__　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE