1  STAN S. MALLISON (Bar No. 184191)
     StanM@TheMMLawFirm.com
2  HECTOR R. MARTINEZ (Bar No. 206336)
     HectorM@TheMMLawFirm.com
3  GONZALO QUEZADA (Bar No. 338386)
     GQuezada@TheMMLawFirm.com
4  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
5  Oakland, California 94612-3547
   Telephone: (510) 832-9999
6  Facsimile: (510) 832-1101

7  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN CABALLERO MARTINEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEMI-TROPIC COOPERATIVE GIN & ALMOND HULLER INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 1:19-CV-01581-JLT-BAK<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Date: Feburary 15, 2023<br>Time: 9:00 A.M<br>Judge: Hon. Jennifer L. Thurston<br>Room: 4, 7th Floor<br><br>Complaint Filed: November 5, 2019 |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Feburary 15, 2023, at the above-captioned court at 9:00 a.m., Plaintiff Fabian Caballero Martinez ("Plaintiff") will move for Final Approval of Class Settlement, Award of Class Representative Incentive Payments, Award of Class Counsel Fees and Costs, Award of Administration Fees, and Approval of PAGA Payment.

By this Motion, Plaintiffs move the Court for an Order:

1. Granting Final Approval of the Class Settlement;

2. Awarding a Class Representative Incentive Payment of $10,000 to Plaintiff Fabian Caballero Martinez;

3. Awarding Class Counsel $200,000 in attorneys' fees and $10,537.33 for reimbursement of litigation costs;

4. Awarding Settlement Administrator, Simpluris, Inc., $5,000 as reasonable compensation for its work;

5. Approving $50,000 as the amount resolving the claim under the Private Attorneys General Act (PAGA), $37,500 of which shall be paid to the California Labor Workforce Development Agency (75% of the PAGA amount); and

6. Approving the distribution of the Net Settlement Amount to Participating Class Members.

Plaintiff brings this Motion on the grounds that, after arms-length negotiations, the Parties have reached a fair, reasonable and adequate settlement that is within the range of final approval and that the fees and costs noted above are reasonable given the circumstances of this case. The Court granted Preliminary Approval of this settlement on October 19, 2022.

This Motion is based on this Notice and Motion, the supporting Memorandum of Points and Authorities, the Class Counsel declaration of Stan Mallison, including attached exhibits, the declarations of the Class Representative, the declarations from the Settlement Administrator, the record on file herein, the evidence and oral argument that may be presented at the hearing, and such other matters of which the Court may take judicial notice.

| | |
|---|---|
| Dated: January 18, 2023 | **MALLISON & MARTINEZ** |
| | By: Stan Mallison<br>Hector R. Martinez<br>Gonzalo Quezada<br>Attorneys for Plaintiff |