# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN CABALLERO MARTINEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SEMI-TROPIC COOPERATIVE GIN & ALMOND HULLER, INC. and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 1:19-cv-1581 JLT CDB<br><br>ORDER APPROVING SUPPLEMENTAL DISTRIBUTION TO PARTICIPATING CLASS MEMBERS AND PAYMENT TO THE SETTLEMENT ADMINISTRATOR<br><br>(Doc. 63) |

　　　　Fabian Caballero Martinez asserted Semi-Tropic Cooperative Gin & Almond Huller failed to comply with wage and hour laws.  The Court granted final approval of a settlement reached in this action, after which the Settlement Administrator issued settlement checks to 150 individuals in the Settlement Class.  (Doc. 60; Doc. 63 at 2.)  The parties report that settlement checks were cashed by 126 class members (the "Participating Class Members").  (Doc. 63 at 2.)  However, 24 individuals failed to cash their checks, and $17,082.38 remains in uncashed funds.  (*Id*.)

　　　　The parties have stipulated to distribute the unclaimed funds to the Participating Class Members, with supplemental payments calculated under the same pro rata workweek formula provided under the Settlement for the initial payments.  (Doc. 63 at 2.)  According to the Settlement Administrator, "a supplemental distribution will cost $2,500, which will leave $14,582.38 in

Settlement funds to be distributed to the class members." (*Id.*)  With this information, the parties agree that "a supplemental distribution is both administratively feasible and worthwhile." (*Id.*)

    Based upon the stipulation of the parties, the Court **ORDERS**:

1. Settlement Administration costs in the amount of $2,500.00 for the supplemental distribution are **APPROVED**, to be paid from the unclaimed funds.
2. The remaining unclaimed funds—after the payment to the Settlement Administrator—**SHALL** be distributed as supplemental payments to the Participating Class Members.
3. The supplemental payments **SHALL** be calculated using the pro rata formula identified in the Settlement.
4. The Settlement Administrator **SHALL** issue the supplemental payments to Participating Class Members within 21 days of the date of service of this order.
5. Class Counsel **SHALL** file a declaration from the Settlement Administrator confirming the issuance of the supplemental payments within 30 days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 31, 2024**

                                            */s/ Jennifer L. Thurston*
                                            UNITED STATES DISTRICT JUDGE

2